

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2019

No. 04-19-00320-CV

Sylvia J. **GUZMAN,**
Appellants

v.

Eddie **GUAJARDO,**
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV02648
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's brief was due on August 16, 2019. *See* TEX. R. APP. P. 38.6(a). On August 22, 2019, this court notified Appellant that the brief was late and advised Appellant to respond in writing by September 3, 2019. To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court